In re EHRLICH. (Supreme Court, Appellate Division, First Department. April 1, 1915.) In the matter of William Ehrlich. No opinion. Respondent disbarred. Settle order on notice.

EICHLER, Appellant, v. FISCHER, Respondent. (Supreme Court, Appellate Division, First Department. January 22, 1915.) Action by Lillie J. Eichler, as administratrix, against August Fischer. E. M. Hawkins, of New York City, for appellant. H. Amster, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

EITINGON, Appellant, v. WILLIAMS-BURGH CITY FIRE INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by Waldemar Eitingon, as trustee, etc., against the Williamsburgh City Fire Insurance Company. C. J. Heermance, of New York City, for appellant. R. J. Fox, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ELECTRA TOY & NOVELTY CO., Appellant, v. SIMON et al., Respondents. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by the Electra Toy & Novelty Company against Jennie S. Simon and others. E. W. Hatch, of New York City, for appellant. L. Oppenheimer and A. Blumenstiel, both of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ELIAS v. BAND. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by Annie Elias against Morris Band and others. No opinion. Orders of the County Court of Kings County reversed, with $10 costs and disbursements, and motion denied, without costs, on authority of Dazian v. Meyer, 66 App. Div. 575, 73 N. Y. Supp. 328.

EMIG, Appellant, v. ALBRECHT et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by Charles P. Emig, Jr., against William F. Albrecht and another. No opinion. Judgment affirmed, with costs.

ENGEL et al. v. SHUBERT THEATRICAL CO. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Action by Alexander Engel and another against the Shubert Theatrical Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 151 N. Y. Supp. 593.

EPSTEIN, Appellant, v. WERBELOVSKY et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 26, 1915.) Action by Annie Epstein against Rebecca Werbelovsky and others. No opinion. Judgment and order affirmed, with costs payable by the plaintiff appellant to the respondents Werbelovsky. See, also, 149 N. Y. Supp. 1080.

EQUITABLE TRUST CO. OF NEW YORK v. BESSLING. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by the Equitable Trust Company of New York against John E. Bessling. No opinion. Application denied, with $10 costs. Order signed.

ERMAN v. GREAT CENTRAL PALACE CO. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by Samuel Erman against the Great Central Palace Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 151 N. Y. Supp. 481.

ESTABROOK, Appellant, v. BULLARD, Respondent. (Supreme Court, Appellate Division, Third Department. May 5, 1915.) Proceeding in the matter of the final accounting in the estate of William N. Estabrook, deceased, against Charles F. Bullard.

PER CURIAM. Decree affirmed, with costs.

SMITH, P. J., not voting.

EVANS, Respondent, v. SILABY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 26, 1915.) Action by Eleanor S. Evans against George W. Silaby and others. No opinion. Order affirmed, with $10 costs and disbursements.

FABBRI, Appellant, v. MAYER et al., Respondents. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Edith Fabbri against Anna C. Mayer and others. M. E. Ingalls, of New York City, for appellant. S. F. Moran and G. N. Whittlesey, both of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FAIRCHILD v. SCARSDALE ESTATES et al. (Supreme Court, Appellate Division, Second Department. April 16, 1915.) Action by Josephine M. Fairchild against the Scarsdale Estates, the White Plains Development Company, the Guardian Trust Company, as trustee, and others. No opinion. Motion denied, with $10 costs. See, also, 150 N. Y. Supp. 1085; 151 N. Y. Supp. 1042, 1114.

FAMOBROSIS SOCIETY v. ROYAL BENEFIT SOCIETY. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by the Famobrosis Society against the Royal Benefit Society. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 152 N. Y. Supp. 84.

FANNING et al. v. BELLE TERRE et al. (Supreme Court, Appellate Division, Second Department. April 16, 1915.) Action by Orange

T. Fanning and another against the Belle Terre, etc., and others.

**PER CURIAM.** Judgment affirmed, with costs, on authority of Fanning v. Belle Terre, 152 App. Div. 718, 137 N. Y. Supp. 595.

BURR, J., not voting.

FARIELLO, Appellant, v. MURRAY, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by Nicholas Fariello against Patrick H. Murray, as surviving partner, etc. No opinion. Judgment affirmed, with costs.

In re FARLEY, State Excise Com'r. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) In the matter of the petition of William W. Farley, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 8,325, issued to Charles J. Volekening. No opinion. Motion granted. See, also, 151 N. Y. Supp. 1115.

In re FARLEY, State Excise Com'r. (Supreme Court, Appellate Division, Fourth Department. March 10, 1915.) In the matter of the petition of William W. Farley, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 16,469, issued to Nellie A. Kelley. No opinion. Order affirmed, with costs.

In re FARLEY, State Excise Com'r. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) In the matter of the petition of William W. Farley, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 16,122, issued to Nellie Schindler.

**PER CURIAM.** Order reversed, and application denied, with costs, upon the authority of Matter of Petition of William W. Farley, etc., In re Rosa L. Barrick Certificate, 108 N. E. 417, decided by the Court of Appeals on February 25, 1915.

FARRINGTON, Respondent, v. UNION PACIFIC TEA CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by Medford B. Farrington, as trustee, etc., against the Union Pacific Tea Company. No opinion. Judgment affirmed, with costs.

FAY, Respondent, v. PRESS CO., Appellant. (Supreme Court, Appellate Division, First Department. April 9, 1915.) Action by James Fay against the Press Company. L. J. Arnold, of Cooperstown, for appellant. G. H. D. Foster, of New York City, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed.

FAY, Respondent, v. PURCELL, Appellant. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Action by Joseph J. Fay against Cornelius J. Purcell. E. M. Bloomberg, for appellant. No opinion. Judgment and order affirmed, with costs. Order filed.

FEIN, Respondent, v. NORWALK BROS. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Action by Jacob C. Fein, an infant, against the Norwalk Bros. Company. A. M. Menkel, of New York City, for appellant. S. L. Teven, of New York City, for respondent. No opinion. Judgment and order reversed, with costs, and complaint dismissed, with costs, on the ground that the finding of the jury that the defendant was negligent was without evidence to sustain it. Order filed.

FINCH et al., Respondents, v. STATE, Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1915.) Action by William T. Finch and another, individually and as executors of Alvah F. Finch, deceased, doing business under the firm name of the Finch Chemical Company, against the State of New York. No opinion. Determination unanimously affirmed, with costs.

In re FINCK. (Supreme Court, Appellate Division, First Department. April 16, 1915.) In the matter of Katie H. Finck, as executrix of Peter House, deceased. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant complies with terms stated in order. Order filed.

FINNIE, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by Bridget E. Finnie, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal (151 N. Y. Supp. 1115) to Court of Appeals denied, with $10 costs.

FIRST BANK OF NOTASULGA, Respondent, v. JONES et al., Appellants. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Action by First Bank of Notasulga against Richard W. Jones, Jr., and another. N. Rockwood, of New York City, for appellants. H. A. Brann, Jr., of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. See First Bank of Notasulga v. Jones, 156 App. Div. 277, 141 N. Y. Supp. 304. Order filed.

FIRST NAT. BANK OF CITY OF BROOKLYN, Appellant, v. LAFAYETTE TRUST CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by the First National Bank of